**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(800) 826-5256 UCC Division

**B. E-MAIL CONTACT AT FILER (optional)**
ucc@ncscredit.com   TX SOS

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
NCS UCC Services Group
PO Box 24101
Cleveland, OH 44124
USA
(800) 826-5256

EXHIBIT B

Texas Secretary of State
File Number: 00240054905332
File Date: 10/07/2024 03:36 PM
(This document was electronically filed)

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)...

1a. ORGANIZATION'S NAME: Texas Solar Integrated, LLC
1c. MAILING ADDRESS: 5120 Service Center Dr | CITY: San Antonio | STATE: TX | POSTAL CODE: 78218 | COUNTRY: USA

**2. DEBTOR'S NAME:** (blank)

**3. SECURED PARTY'S NAME**
3a. ORGANIZATION'S NAME: Wesco Distribution, Inc.
3c. MAILING ADDRESS: 3425 East Van Buren Street | CITY: Phoenix | STATE: AZ | POSTAL CODE: 85008 | COUNTRY: USA

**4. COLLATERAL:** This financing statement covers the following collateral:

Debtor hereby grants to Secured Party a priority security interest and lien in and to all goods, inventory, equipment and fixtures sold to Debtor by Secured Party from time to time, and all other assets of Debtor, including, without limitation, all of Debtor's now existing or owned or hereafter arising or acquired (a) accounts; (b) goods for sale, lease or other disposition by Debtor which have given rise to Accounts and have been returned to or re possessed or stopped in transit by Debtor; (c) chattel paper, electronic chattel Paper, tangible chattel paper, documents of title, instruments, documents, general intangibles, payment Intangibles, letter of credit rights, letters of credit and supporting obligations; (d) goods, including, without limitation, Inventory, equipment, fixtures, trade fixtures and vehicles; (e) investment property; (f) deposits, cash and cash

Please see attached Addendum Form(s) for Additional Collateral

**8. OPTIONAL FILER REFERENCE DATA:**
UCC# U363706

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
Texas Solar Integrated, LLC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
equivalents and any property of Debtor now or hereafter in the possession, custody or control of WESCO; (g) deposit accounts held with any depository Institution; (h) all other personal property of Debtor of any kind or nature; and (i) all commercial tort claims (the "Assets") and all cash and non-cash proceeds of all the fore going property, including, but not limited to, proceeds of all insurance policies insuring the foregoing.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)